AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| T & C INVESTING CORP., individually and on behalf of all others similarly situated<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>CHRISTOPHER ALEXANDER DELGADO and GOLIATH VENTURES, INC.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:26-cv-21612-JB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher Alexander Delgado
5271 Isleworth Country Club Drive
Windermere, FL 34786

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott L. Silver, Esq.
SILVER LAW GROUP
1780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____03/12/2026_____

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| T & C INVESTING CORP., individually and on behalf of all others similarly situated <br><br> _Plaintiff(s)_ <br><br> v. <br><br> CHRISTOPHER ALEXANDER DELGADO and GOLIATH VENTURES, INC. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-21612-JB |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Goliath Ventures Inc.
c/o Reigstered Agent
Hubco Registered Agent Services, Inc.
1720 Carey Avenue Suite 200
Cheyenne, WY 82001 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Scott L. Silver, Esq.
SILVER LAW GROUP
1780 W. Sample Road
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    03/12/2026

_s/ Clifford Charles_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court