**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:2026-cv-21612**

T & C INVESTING CORP., individually and
on behalf of all others similarly situated,

                Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.

                Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Emily Beale of the law firm of Gibbs Mura LLP, 136 Madison Avenue, Suite 541, New York, NY 10016, (510) 350-9700, for purposes of appearance as co-counsel on behalf of Plaintiff T & C Investing Corp. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Emily Beale to receive electronic filings in this case, and in support thereof states as follows:

1.      Emily Beale is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York, the State of Washington, the United States District Court for the Western District of Washington, and the Ninth Circuit Court of Appeals.

2.      Movant, Ryan A. Schwamm, Esquire, of the law firm of Silver Law Group, 1780 W. Sample Road, Coral Springs, Florida 33065, (954) 755-4799, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Emily Beale has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Emily Beale, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Emily Beale at email address: eb@classlawgroup.com.

WHEREFORE, Ryan A. Schwamm, moves this Court to enter an Order Emily Beale, to appear before this Court on behalf of Plaintiff T & C Investing Corp., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Emily Beale.

Date: March 16, 2026                              Respectfully submitted,


                                        /s/ Ryan A. Schwamm
                                        **SILVER LAW GROUP**
                                        Scott L. Silver, Esq.
                                        Florida Bar No.: 095631
                                        Ryan A. Schwamm
                                        Florida Bar No.: 1019116
                                        1780 W. Sample Road
                                        Coral Springs, FL 33065
                                        T: (954) 755-4799
                                        F: (954) 755-4684
                                        E-Mail: ssilver@silverlaw.com
                                        rschwamm@silverlaw.com
                                        *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:26-cv-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all others similarly situated,

Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.

Defendants.

_____/

## CERTIFICATION OF EMILY BEALE

Emily Beale, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State of New York, the State of Washington, the United States District Court for the Western District of Washington, and the Ninth Circuit Court of Appeals; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

By: _/s/ Emily Beale_____

Emily Beale

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-21612-JB**

T & C INVESTING CORP., individually and

on behalf of all others similarly situated,

Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO

and GOLIATH VENTURES INC.

Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Emily Beale, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Emily Beale may appear and participate in this action on behalf of Plaintiff T & C Investing Corp. The Clerk shall provide electronic notification of all electronic filings to Emily Beale, at eb@classlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2026.

_____

Hon. Jacqueline Becerra

United States District Judge

Copies furnished to: All Counsel of Record