UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-21612-JB

T & C INVESTING CORP., individually and
on behalf of all others similarly situated,

Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.

Defendants.

_____/

MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David Stein of the law firm of Gibbs Mura LLP, 1111 Broadway, Suite 2100, Oakland, California 94607, (510) 350-9700, for purposes of appearance as co-counsel on behalf of Plaintiff T & C Investing Corp. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David Stein to receive electronic filings in this case, and in support thereof states as follows:

1.      David Stein is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of California, the United States District Court for the Northern District of California, and the courts listed in Exhibit 1 attached hereto.

2.      Movant, Ryan A. Schwamm, Esquire, of the law firm of Silver Law Group, 1780 W. Sample Road, Coral Springs, Florida 33065, (954) 755-4799, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, David Stein has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.	David Stein, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David Stein at email address: ds@classlawgroup.com.

WHEREFORE, Ryan A. Schwamm, moves this Court to enter an Order David Stein, to appear before this Court on behalf of Plaintiff T & C Investing Corp., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David Stein.

Date: March 16, 2026	Respectfully submitted,

 */s/ Ryan A. Schwamm*

**SILVER LAW GROUP**
Scott L. Silver, Esq.
Florida Bar No.: 095631
Ryan A. Schwamm
Florida Bar No.: 1019116
1780 W. Sample Road
Coral Springs, FL 33065
T: (954) 755-4799
F: (954) 755-4684
E-Mail: ssilver@silverlaw.com
rschwamm@silverlaw.com
*Attorneys for Plaintiff*

## EXHIBIT 1

| **State Bar** | **Date of Admission** |
|---|---|
| State Bar of California | August 15, 2008 |

| **Courts** | **Date of Admission** |
|---|---|
| USDC, Central District of CA | September 29, 2009 |
| USDC, Eastern District of CA | September 29, 2009 |
| USDC, Northern District of CA | September 29, 2009 |
| USDC, Southern District of CA | September 30, 2009 |
| USDC Northern District of IL | January 17, 2013 |
| 6th Circuit Court of Appeals | March 13, 2018 |
| 9th Circuit Court of Appeals | May 23, 2013 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:26-cv-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.

      Defendants.

            /

### CERTIFICATION OF DAVID STEIN

  David Stein, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State of California, the United States District Court for the Northern District of California, and the courts listed in Exhibit 1 attached hereto; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

      By: */s/ David Stein*

       David Stein

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all others similarly situated,

               Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.

               Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David Stein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. David Stein may appear and participate in this action on behalf of Plaintiff T & C Investing Corp. The Clerk shall provide electronic notification of all electronic filings to David Stein, at ds@classlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2026.

_____

               Hon. Jacqueline Becerra
               United States District Judge

Copies furnished to: All Counsel of Record