UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-21612-JB

T & C Investing corp., an individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGAGO
and GOLIATH VENTURES, INC.,

     Defendants.

_____/

## SUGGESTION OF BANKRUPTCY

Defendant, Goliath Ventures, Inc., a Wyoming corporation (the "***Debtor***") by and through its undersigned counsel, pursuant 11 U.S.C. § 101 *et seq.*, hereby files this Suggestion of Bankruptcy and states that on March 16, 2026, the Debtor filed a voluntary bankruptcy petition (the "***Petition***") for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears lead case number 26-13174-RAM.

1.     The filing of the Petition may operate as an automatic stay of the commencement or continuation of these proceedings pursuant to 11 U.S.C. § 362.

2.     The Suggestion of Bankruptcy is for informational purposes only, and does not constitute a Notice of Appearance by the undersigned.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

1

**WHEREFORE**, the Debtor suggests that this action has been stayed by the operation of

11 U.S.C. § 362.

Dated: March 17, 2026.         By:     */s/ Solomon B. Genet*
                                   Solomon B. Genet, Esq.
                                   MELAND BUDWICK, P.A.
                                   Florida Bar Number: 617911
                                   E-Mail: sgenet@melandbudwick.com
                                   3200 Southeast Financial Center
                                   200 South Biscayne Boulevard
                                   Miami, Florida 33131
                                   Telephone: (305) 358-6363
                                   Telecopy: (305) 358-1221

                                   *Counsel for Debtor*

2