UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-cv-21612-JB

T & C INVESTING CORP., individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGAGO
and GOLIATH VENTURES, INC.

      Defendants.

_____/

ORDER STAYING CASE AS TO DEFENDANT
GOLIATH VENTURES, INC. ONLY

**THIS CAUSE** came before the Court on the Suggestion of Bankruptcy of Defendant Goliath Ventures, Inc.   ECF No. [13].   According to the Suggestion, Goliath Ventures filed a voluntary bankruptcy petition under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Case No. 26-13174-RAM.

The filing of a petition for bankruptcy "operates as a stay . . . of . . . the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code]."   11 U.S.C. § 362(a)(1); *accord Ellison v. Nw. Eng'g Co.*, 707 F.2d 1310, 1311 (11th Cir. 1983).   Yet the "clear language of Section 362(a)(1) . . . extends the automatic stay provision only to the

1

debtor filing bankruptcy proceedings and not to non-bankrupt co-defendants." *Pitts v. Unarco Indus., Inc.*, 698 F.2d 313, 314 (7th Cir. 1983); *accord Teachers Ins. & Annuity Assoc. of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986); *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329в30 (10th Cir. 1984); *Lynch v. Johns-Manville Sales Corp.*, 710 F.2d 1194, 1196 (6th Cir. 1983); *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 544 (5th Cir. 1983).

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **STAYED** as to Defendant Goliath Ventures, Inc. The action shall **PROCEED** against the remaining defendant, Christopher Alexander Delgado.

**DONE AND ORDERED** in Miami, Florida, this 19th day of March, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**