AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| T & C INVESTING CORP., individually and on behalf of all others similarly situated | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No. 1:26-cv-21612-JB |
| CHRISTOPHER ALEXANDER DELGADO and GOLIATH VENTURES, INC. | ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Christopher Alexander Delgado
5271 Isleworth Country Club Drive
Windermere, FL 34786

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott L. Silver, Esq.
SILVER LAW GROUP
1780 W. Sample Road
Coral Springs, FL 33065

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____03/12/2026_____

SUMMONS

_s/ Clifford Charles_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-cv-21612-JB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Christopher Alexander Delgado**
was received by me on  **3/29/2026:**

**[X]**   I personally served the **SUMMONS; COMPLAINT** on the individual at **5271 Isleworth Country Club Dr, Windermere, FL 34786** on **03/30/2026 at 2:05 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:   03/31/2026

_____
*Server's signature*

**Sabrina Ruiz**
*Printed name and title*

**3551 Pawleys Loop S
St Cloud, FL 34769**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Christopher Alexander Delgado with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic male contact 25-35 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: **0215857960**