# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:26-CV-21612-JB

T & C INVESTING CORP., individually and
on behalf of all other similarly situated,

               Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.,

               Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT Sean P. Shecter, Esq., of the law firm Lewis Brisbois

Bisgaard & Smith LLP, hereby enters his appearance as co-counsel of record for Defendant,

Christopher Alexander Delgado, in the above-styled case.

Dated:  April 16, 2026

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendant*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1282
Fax: 954-678-4090

By: */s/ Sean P. Shecter*
    Sean P. Shecter, Esq. (FBN 1032813)
    Sean.Shecter@lewisbrisbois.com
    Aviva.Pasternak@lewisbrisbois.com
    ftlemaildesig@lewisbrisbois.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 16th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which serves a true and correct copy of the same to all attorneys.

*/s/ Sean P. Shecter*
Sean P. Shecter