**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-CV-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all other similarly situated,

          Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.,

          Defendants.

**NOTICE OF APPEARANCE OF COUNSEL**

     PLEASE TAKE NOTICE THAT Maurice A. Johnson, Esq., of the law firm Lewis Brisbois

Bisgaard & Smith LLP, hereby enters his appearance as co-counsel of record for Defendant,

Christopher Alexander Delgado, in the above-styled case.

Dated:  April 16, 2026          Respectfully submitted,

                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                    *Attorneys for Defendant*
                    110 SE 6th Street, Suite 2600
                    Fort Lauderdale, Florida 33301
                    Tel.: 954-728-1282
                    Fax: 954-678-4090

                    By: */s/ Maurice A. Johnson*
                      Maurice A. Johnson, Esq. (FBN 1039857)
                      Maurice.Johnson@lewisbrisbois.com
                      Aviva.Pasternak@lewisbrisbois.com
                      ftlemaildesig@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th   day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which serves a true and correct copy of the same to all attorneys.

/s/ Maurice A. Johnson
Maurice A. Johnson
