**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-CV-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all other similarly situated,

        Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR**
**OTHERWISE RESPOND TO THE  CLASS ACTION COMPLAINT**

Defendant, Christopher Alexander Delgado ("Delgado" or "Defendant"), by and through undersigned counsel, respectfully moves this Court for an extension of time to answer, move, or otherwise respond to the Class Action Complaint. Plaintiff, T & C Investing Corp. ("Plaintiff"), has advised that it does not oppose the relief requested. Subject to the Court's approval, Defendant requests that the deadline to respond to the Complaint be extended to May 20, 2026.

Currently, Delgado's answer or response is due on or before April 20, 2026. Defendant requires additional time to consider the allegations in the Complaint and prepare an appropriate response, including conferring with counsel and evaluating factual and legal issues implicated by the claims asserted. This extension is requested for good cause, is unopposed, and will not prejudice any party. *See* Fed. R. Civ. P. 6(b). This is the first request for an extension of time. Pursuant to the Court's Division Procedures, the requested extension of time to answer or otherwise respond to the Complaint will correspondingly extend the deadline to file any dispositive motion under the Federal Rules of Civil Procedure by thirty (30) days.

## <u>CERTIFICATE OF GOOD-FAITH COMPLIANCE</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that counsel for the Movants conferred in good faith with counsel for the Plaintiff regarding the relief requested herein. Counsel conferred by telephone on April 9, 2026, and Plaintiff's counsel subsequently confirmed by email on April 10, 2026, that Plaintiff does not oppose the requested relief.

Dated:  April 16, 2026

Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**
*Attorneys for Defendant*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1282
Fax: 954-678-4090

By: */s/ Maurice A. Johnson*
    Maurice A. Johnson, Esq. (FBN 1039857)
    Maurice.Johnson@lewisbrisbois.com
    Sean P. Shecter, Esq. (FBN 1032813)
    Sean.Shecter@lewisbrisbois.com
    Aviva.Pasternak@lewisbrisbois.com
    ftlemaildesig@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to all parties of record, which serves a true and correct copy of the same to all  purported counsel on record.

/s/ Maurice A. Johnson
Maurice A. Johnson