**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-CV-21612-JB**

T & C INVESTING CORP., individually and
on behalf of all other similarly situated,

        Plaintiff,

v.

CHRISTOPHER ALEXANDER DELGADO
and GOLIATH VENTURES INC.,

        Defendants.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CLASS ACTION <u>COMPLAINT</u>**

**IT IS HEREBY ORDERED**, on this day, the Court considered Defendant's Unopposed

Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Class Action

Complaint. After considering the motion and the agreement of the parties it is hereby:

**ORDERED AND ADJUDGED** that:

1.      The Defendant's Motion is **GRANTED.**

2.      The Defendant, CHRISTOPHER ALEXANDER DELGADO'S, deadline to plead,

answer, or otherwise respond to Plaintiff's Class Action Complaint is extended to May 20, 2026.

DONE AND ORDERED in Miami-Dade, Florida this _____ day of April, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT COURT JUDGE

Copies provided to:
All counsel of Record